MN-305

# 1744

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: The Road Corporation
Chapter 7 Case No.   05-~~38419~~ 38413

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Quality Flow<br>3691 Commercial Ave<br>Northbrook, IL  60062 | 15 | 102.30 | 3.58 |

Date: January 21, 2010                               _____
                                                                    Trustee



RECEIVED
10 JAN 28 AM 9:51
U.S. BANKRUPTCY COURT
ST. PAUL, MN