MN-305

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Rec. 1309

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: The Road Corporation
Chapter 7 Case No.   05-38413

Please Check One:
☒ Unclaimed Dividends
☐ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Leef Services<br>212 James Ave N<br>Minneapolis, MN  55405-1700 | 6 | 310.46 | 10.87 |

Date:   February 4, 2010

_____
Trustee