MN-305

L#2137

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: The Road Corporation
Chapter 7 Case No.   05-38413

Please Check One:
☒  Unclaimed Dividends
☐  Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Aquila Inc<br>PO Box 11690, Kansas City, MO  64138 | 23 | 312.92 | 10.96 |
| McKinley Jacques Services<br>PO Box 428, Prior Lake, MN  55372 | 24 | 820.00 | 28.71 |
| Saream Rina Chhith<br>609 1st St SE, Rochester, MN  55904 | 20 | 1495.94 | 52.38 |
| Aquila Inc.<br>PO Box 11690, Kansas City, MO  64138 | 22 | 690.13 | 24.16 |
| City of Kasson<br>401 5th St SE, Kasson, Mn  55944 | 5 | 2537.04 | 88.83 |
| Total | | | 205.04 |

Date:   May 2, 2010

_____
Trustee

RECEIVED 10 MAY -5 AM 10:23 BANKRUPTCY COURT MN